

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-17-00263-CR

Miguel **GONZALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0046
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

The panel has considered the Appellant's Motion for En Banc Reconsideration, and the motion is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court